AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All funds, items of value, and cryptocurrency in ) Case No.
Coinbase account 5e8cc2819c6bfb1dcd7d7999 in )
the name of elizayoakum@hotmail.com )
)

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
8:56 am, Jun 07, 2021
**JEFFREY P. COLWELL, CLERK**

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Northern_____ District of _____California_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds and cryptocurrency in the Coinbase account 5e8cc2819c6bfb1dcd7d7999 in the name of elizayoakum@hotmail.com, and any and all items of value in Coinbase's custody traceable to the transactions between March 30, 2021 and April 7, 2021, totaling $102,500, set forth in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____May 6, 2021_____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____U.S. Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   4/22/2021, 3:32 p.m.

*Judge's signature*

City and state:   Denver, Colorado          Scott T. Varholak, U.S. Magistrate Judge
                                            *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-mc-00107-STV | Date and time warrant executed: 04/22/2021 & 05/28/2021 | Copy of warrant and inventory left with: Coinbase |
| Inventory made in the presence of: | Coinbase | |

Inventory of the property taken:

The seizure warrant was signed by the court on April 22, 2021. Also on April 22, 2021, by accident, the first page of the Application for Warrant to Seize Property Subject to Forfeiture was served via email instead of the signed Seizure Warrant. The error was noticed on May 27, 2021, and a digital copy of the signed Seizure Warrant was served via email on May 28, 2021.

$0.00 returned by Coinbase

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/28/2021

_Executing officer's signature_

Travis L. Wall SA
_Printed name and title_